<u>UNPUBLISHED</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 01-6064**

---

UNITED STATES OF AMERICA,

                                        Plaintiff - Appellee,

        versus

WILLIAM RONNIE ROMINES, a/k/a William Ronnie
Mikels, a/k/a Ronnie William Mikels, a/k/a
William Ronnie Romine, a/k/a Ronnie Ramine,

                                        Defendant - Appellant.

---

Appeal from the United States District Court for the Western
District of Virginia, at Roanoke.  James C. Turk, District Judge.
(CR-95-52-A, CA-99-728-7)

---

Submitted:  June 12, 2001          Decided:  September 10, 2001

---

Before WILKINS, MOTZ, and TRAXLER, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

William Ronnie Romines, Appellant Pro Se.  Rick A. Mountcastle,
OFFICE OF THE UNITED STATES ATTORNEY, Abingdon, Virginia, for
Appellee.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

William Ronnie Romines seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp. 2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See United States v. Romines, Nos. CR-95-52-A; CA-99-728-7 (W.D. Va. Oct. 30, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2